IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHNNIE D. YOUNG : CIVIL ACTION
:
v. :
:
COMMONWEALTH OF :
PENNSYLVANIA, et al. : NO. 10-528

ORDER

AND NOW, this 20th day of May, 2010, upon consideration of the Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254 (Doc. 3), and after review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Petition for Writ of Habeas Corpus is DISMISSED, without prejudice, for failure to exhaust state court remedies;

3. A certificate of appealability shall not issue in that a reasonable jurist could not conclude the Court is incorrect in dismissing the habeas petition without prejudice.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.